UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WAYNE JOHNSON               :
                                         :
          v.                     :         C.A. No. 08-372S
                                           :
DEPARTMENT OF HOMELAND    :
SECURITY                    :

**MEMORANDUM AND ORDER**

In this matter, the Petitioner, Wayne Johnson ("Johnson") filed an Application to Proceed Without Prepayment of Fees and Affidavit on October 7, 2008 (the "Application"). (Document No. 3). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72. The Application contains a "Notice to Prisoner" portion which directs an incarcerated applicant to obtain a statement certified by an "appropriate institutional officer" of "all receipts, expenditures, and balances during the last six months in your institutional accounts."

In the Application, Johnson indicated that he is incarcerated at the Donald Wyatt Detention Center in Central Falls, Rhode Island, that he is employed at the Wyatt Center and that he receives payment from the Wyatt Center. Johnson failed, however, to attach a certified statement of his institutional accounts.

This Court cannot determine whether Johnson qualifies to have his Application granted in this case until the proper documentation is received. As stated in the Application, Johnson must submit "a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in [his] institutional accounts."

Johnson must file the proper documentation concerning his inmate account on or before

**October 23, 2008** or risk having his Application denied and this matter dismissed.

So ordered.

ENTER:                                          BY ORDER:


  /s/ Lincoln D. Almond                         /s/ Jeannine Noel
LINCOLN D. ALMOND                         Deputy Clerk
United States Magistrate Judge
October 9, 2008